UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | **2:20-cv-05985-VAP-GJSx** |
| Date | February 4, 2021 |
| Title | ***Joel Stallworth et al v. Nike Retail Services, Inc. et al.*** |

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   MINUTE ORDER SETTING TRIAL DATES (IN CHAMBERS)

The Court has reviewed the parties' Joint Rule 26(f) Report.  (Dkt. 51). The Court adopts the following schedule:

| | |
|---|---|
| Last date for hearing motions to amend pleadings or add parties: | 3/15/2021 |
| Last date to conduct settlement conference (ADR #3): | 3/8/2021 |
| Initial Expert Disclosures: | 4/19/2021 |
| Rebuttal Expert Disclosures: | 5/3/2021 |
| All Discovery cutoff: | 6/14/2021 |
| Last date for hearing non-discovery motions: | 7/26/2021 |
| Pre-trial conference (hearing on motions in limine): | 8/23/2021 at 2:30 p.m. |
| Trial date (jury trial: 3 days): | 8/31/2021 at 8:30 a.m. |

**IT IS SO ORDERED.**