1  Barbara Enloe Hadsell, Esq. [S.B. #086021]
2  Dan Stormer, Esq. [S.B. #101967]
   David Clay Washington, Esq. [S.B. #305996]
3  Hanna Chandoo, Esq. [S.B. #306973]
   HADSELL STORMER RENICK & DAI LLP
4  128 N. Fair Oaks Avenue
   Pasadena, California 91103
5  Telephone: (626) 585-9600
   Facsimile: (626) 577-7079
6  Emails: bhadsell@hadsellstormer.com
           dstormer@hadsellstormer.com
7          dwashington@hadsellstormer.com
           hchandoo@hadsellstormer.com
8  
   Attorneys for Plaintiffs
9  JOEL STALLWORTH, TAMIYA DICKERSON,
   and Minor Plaintiff S.S.
10 
   [Additional counsel continued on next page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL STALLWORTH, TAMIYA DICKERSON, and Minor Plaintiff S.S., <br><br> Plaintiffs, <br><br> v. <br><br> NIKE RETAIL SERVICES, INC., WENDY MAGEE, NIKE, INC., and DOES 2-10, <br><br> Defendants. | Case No.: 2:20-cv-05985-VAP (GJSx) <br><br> [Assigned to the Honorable Virginia A. Phillips – Courtroom #8A] <br><br> **JOINT REPORT REGARDING THE PROGRESS OF THE SETTLEMENT DISCUSSIONS** <br><br> Complaint filed: July 4, 2020 <br> Disc. Cut-Off: September 1, 2021 <br> Motion Cut-Off: November 8, 2021 <br> Trial Date: December 7, 2021 |

[Counsel continued from previous page]

Paul W. Sweeney, Jr. (SBN 112511)
Kevin S. Asfour (SBN 228993)
Trevor J. Wynn (SBN 327623)
K&L GATES LLP
10100 Santa Monica Blvd., Eighth Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Email: paul.sweeney@klgates.com
       kevin.asfour@klgates.com
       trevor.wynn@klgates.com

Attorneys for Defendant
NIKE RETAIL SERVICES, INC. and NIKE, INC.

Beth Kahn (SBN 134158)
Lisa Reimbold (SBN 261321)
CLARK HILL LLP
1055 West Seventh Street, Suite 2400
Los Angeles, California 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Email: BKahn@ClarkHill.com
       LReimbold@ClarkHill.com

Attorneys for Defendant
WENDY MAGEE

Thomas Borchard, Esq. [S.B. #104008]
Janelle M. Dease, Esq. [S.B. #226198]
Borchard & Callahan APC
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone: (949) 457-9505
Facsimile: (949) 457-1666
Email: tborchard@borchardlaw.com
       jdease@borchardlaw.com

Attorneys for Defendant
WENDY MAGEE

JT REPORT RE: PROGRESS
OF SETTLE DISCUSSIONS

# JOINT REPORT

On October 5, 2021, the Parties mediated in front of agreed-upon mediator Margaret Nagle. The matter did not resolve.

Respectfully Submitted,

Dated: October 12, 2021         HADSELL STORMER RENICK & DAI LLP

By: /s/ - David Clay Washington[1]
    Dan Stormer
    David Clay Washington
Attorneys for Plaintiffs
JOEL STALLWORTH, TAMIYA DICKERSON, and Minor Plaintiff S.S.

Dated: October 12, 2021         K&L GATES LLP

By: /s/ - Kevin S. Asfour
    Paul W. Sweeney, Jr.
    Kevin S. Asfour
    Trevor J. Wynn
Attorneys for Defendants
NIKE RETAIL SERVICES, INC. and NIKE, INC.

Dated: October 12, 2021         CLARK HILL LLP

By: /s/ - Lisa Reimbold
    Beth Kahn
    Lisa Reimbold
Attorneys for Defendant
WENDY MAGEE

Dated: October 12, 2021         BORCHARD & CALLAHAN APC

By: /s/ - Janelle M. Dease
    Thomas Borchard
    Janelle M. Dease
Attorneys for Defendant
WENDY MAGEE

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.