UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-05985-VAP-GJSx | Date | December 8, 2021 |
| Title | *Joel Stallworth et al v. Nike Retail Services, Inc. et al* | | |

| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
|---|---|

| Christine Chung | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Dan Stormer | Paul W. Sweeney, Jr. |
| David C. Washington | Beth A. Kahn |

**Proceedings:** TELEPHONIC STATUS CONFERENCE

Case called, and appearances made. Court and counsel confer.