Barbara Enloe Hadsell, Esq. [S.B. #086021]
Dan Stormer, Esq. [S.B. #101967]
Tanya Sukhija-Cohen, Esq. [S.B. #295589]
David Clay Washington, Esq. [S.B. #305996]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Email: bhadsell@hadsellstormer.com
       dstormer@hadsellstormer.com
       tanya@hadsellstormer.com
       dwashington@hadsellstormer.com
       hchandoo@hadsellstormer.com

Attorneys for Plaintiffs
JOEL STALLWORTH, TAMIYA DICKERSON, and Minor Plaintiff S.S.

[Additional counsel continued on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL STALLWORTH, TAMIYA DICKERSON, and Minor Plaintiff S.S., <br><br> Plaintiffs, <br><br> v. <br><br> NIKE RETAIL SERVICES, INC., WENDY MAGEE, NIKE, INC. and DOES 2-10, <br><br> Defendants. | Case No. 2:20-cv-05985-VAP-GJS <br><br> [Assigned to The Honorable Virginia A. Phillips] <br><br> **STIPULATION FOR DISMISSAL OF ACTION (F.R.C.P. 41(a)(1)(A)(ii))** |

**STIPULATION FOR DISMISSAL OF ACTION**

```
 1  Paul W. Sweeney, Jr. (SBN 112511)
    paul.sweeney@klgates.com
 2  Kevin S. Asfour (SBN 228993)
    kevin.asfour@klgates.com
 3  Trevor J. Wynn (SBN 327623)
    trevor.wynn@klgates.com
 4  K&L GATES LLP
    10100 Santa Monica Boulevard
 5  Eighth Floor
    Los Angeles, CA 90067
 6  Telephone: +1 310 552 5000
    Facsimile: +1 310 552 5001
 7
    Attorneys for Defendants
 8  NIKE RETAIL SERVICES, INC. and
    NIKE, INC.
 9

10  Beth Kahn (SBN 134158)
    Dean Olson (SBN 126155)
11  Lisa Reimbold (SBN 261321)
    CLARK HILL LLP
12  1055 West Seventh Street, Suite 2400
    Los Angeles, California 90017
13  Telephone: (213) 891-9100
    Facsimile: (213) 488-1178
14  Email: BKahn@ClarkHill.com
           Dolson@ClarkHill.com
15         LReimbold@ClarkHill.com

16  Attorneys for Defendant
    WENDY MAGEE
17

18  Thomas Borchard, Esq. [S.B. #104008]
    Janelle M. Dease, Esq. [S.B. #226198]
19  Borchard & Callahan APC
    25909 Pala, Suite 300
20  Mission Viejo, California 92691
    Telephone: (949) 457-9505
21  Facsimile: (949) 457-1666
    Email: tborchard@borchardlaw.com
22         jdease@borchardlaw.com

23  Attorneys for Defendant
    WENDY MAGEE
24

25

26

27

28
```

**2**

**STIPULATION FOR DISMISSAL OF ACTION**

**TO THE HONORABLE COURT:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Joel Stallworth, TaMiya Dickerson and Minor Plaintiff S.S., and Defendants NIKE Retail Services, Inc., NIKE, Inc., and Wendy Magee, through their undersigned counsel of record, hereby stipulate to a dismissal of this action, in its entirety, with prejudice, with each party to bear its own fees and costs.

HADSELL STORMER RENICK & DAI LLP

Dated: January 19, 2022    By: s/ Dan Stormer[1]
Dan Stormer
David Clay Washington

Attorneys for Plaintiffs JOEL STALLWORTH, TAMIYA DICKERSON, and Minor Plaintiff S.S.

K&L GATES LLP

Dated: January 19, 2022    By: s/ Kevin S. Asfour
Paul W. Sweeney, Jr.
Kevin S. Asfour
Trevor J. Wynn

Attorneys for Defendants NIKE RETAIL SERVICES, INC. and NIKE, INC.

CLARK HILL LLP

Dated: January 19, 2022    By: s/ Dean Olson
Beth Kahn
Dean Olson
Lisa Reimbold

Attorneys for Defendant WENDY MAGEE

/ / /

/ / /

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

|   |   |   |
|---|---|---|
| 1 |   | BORCHARD & CALLAHAN APC |
| 2 | Dated: January 19, 2022 | By: s/ Janelle M. Dease |
|   |   | Thomas Borchard |
| 3 |   | Janelle M. Dease |
| 4 |   | Attorneys for Defendant WENDY MAGEE |